UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| LAURA ROGERS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:22-CV-35-GNS ) |
| GRAY MEDIA GROUP, INC. and GRAY TELEVISION GROUP, INC., | ) ) ) |
| Defendants. | ) ) |

### ORDER

This matter came before the Court of the Motion of Wendy V. Miller, attorney for Defendants, to admit *pro hac vice* William S. Rutchow, to practice law before this Court, and the Court having considered the Motion and good cause having been shown,

**IT IS HEREBY ORDERED** that William S. Rutchow shall be allowed to appear *pro hac vice* on behalf of Defendants, in the above-referenced matter.

Dated this: April 21, 2022

*H. Brent Brennenstuhl* (signature)

**H. Brent Brennenstuhl**
**United States Magistrate Judge**