UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| LAURA ROGERS,<br><br>    Plaintiff,<br><br>v.<br><br>GRAY MEDIA GROUP, INC. and<br>GRAY TELEVISION GROUP, INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. 1:22-CV-35-GNS<br>)<br>)<br>)<br>)<br>) |

## AGREED ORDER OF DISMISSAL

Come now the parties, by and through their counsel, and announce that they have entered into a General Release and Settlement Agreement, which fully resolves all of the claims in this case.

It is therefore, ORDERED, ADJUDGED AND DECREED that the suit filed by Laure Rogers against Defendants Gary Media Group, Inc. and Gray Television Group, Inc. in the above-captioned case is hereby dismissed with prejudice.

It is further ORDERED, ADJUDGED AND DECREED that each party will bear its own fees and expenses, and no discretionary costs will be requested or allowed.

Entered this: January 20, 2023

Greg N. Stivers, Chief Judge
United States District Court

**Approved for Entry:**

/s/ *Wendy V. Miller*
Wendy Miller, KY Bar No. 9605
William S. Rutchow, PHV
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

SunTrust Plaza, Suite 1200
401 Commerce Street
Nashville, TN  37219-2446
Telephone:  615.254.1900
Facsimile:  615.254.1908
Wendy.Miller@ogletree.com
**ATTORNEYS FOR DEFENDANTS**

*/s/Brian Lowder (with permission)*
T. Brian Lowder
Lowder & McGill, PLLC
537 E. 10th Ave, STE, 200, P.O. Box 900
Bowling Green, KY 42102
brian@lowdermcgill.com
**ATTORNEY FOR PLAINTIFF**